# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Barry L. Motes Jr**
Name under which you were convicted

Jail I.D. # **300762 / 243680** ← AIS #
Your prison number

vs.

CIVIL ACTION NO. **19-CV-37-JB-N**
(To be supplied by Clerk of Court)

**Sam Cochran ET. AL**
Name of Defendant(s)

**Mobile Co. Metro Jail**
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>.  Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>.  This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.  If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>.  All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten.  Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>.  Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>.  <u>See</u> Fed. R. Civ. P. 11(a).  No notary is required.

H. <u>Certificate of Service</u>.  Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service.  <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>.  This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>.  <u>Do</u> <u>not</u> write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>.  No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: __N/A__

   Defendants: __N/A__

   2. Court (if federal court, name the district; if state court, name the county): __N/A__

   3. Docket Number: __N/A__

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No (✓)

   5. Name of judge to whom the case was assigned: __N/A__

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
   __N/A__

   7. Approximate date of filing lawsuit: __N/A__

   8. Approximate date of ruling by court: __N/A__

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Mobile Co. Metro Jail

B. Date it occurred: November 25th, 2018

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? Filed grievances to Sam Cochran, and all administrators

   2. What was the result? Nothing whatsoever was done.

F. If your answer is NO, explain why not: N/A

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On "November 25th, 2018" I was in Disciplinary segregation (1005-F wedge) of Mobile County Metro Jail. On that day a state inmate whom had done been sentenced to life in prison (Me being a Pre-Trial detainee) was in the cell with one other inmate. Upon being placed in the cell, the state offender, told C.O. Jackson "If you put me in the cell with those white boys I'm going to try to kill them!" Afterwards C.O. Jackson, as well as, C.O. Pittman was told by the Plaintiff that he feared for his life and needed to be moved. Nothing was done, and I (The Plaintiff) was beaten to the point of having to go to the emergency room at U.S.A Hospital.

4 to

### III. PARTIES.

A. Plaintiff (Your name/AIS): Barry L. Motes Jr

    Your present address: 450 St. Emmanuel St. Mobile, AL. 36601

B. Defendant(s):

1. Defendant (full name) Sam Cochran is employed as Sheriff at Mobile Co.

    His/her present address is 510 Royal St. Mobile, AL. 36601

    (a) Claim against this defendant: Inadequate Security

    (b) Supporting facts (Include date/location of incident):

Sheriff Cochran is responsible for all security and safety of every inmate in this facility.

2. Defendant (full name) Trey Oliver III is employed as Warden at Mobile Co. Metro Jail.

    His/her present address is 450 St. Emmanuel St. Mobile, AL. 36601

    (a) Claim against this defendant: Failure to perform duties properly and Inadequate Security.

    (b) Supporting facts (Include date/location of incident):

Warden Oliver is responsible for overseeing the jail, and to ensure safety and security of every person in the facility.

3. Defendant (full name) C.O. F. Jackson (Correctional Officer F. Jackson) is employed as a Correctional Officer at Mobile Co. Metro Jail.

    His/her present address is 450 St. Emmanuel St. Mobile, AL. 36601

(a) Claim against this defendant: Failure To Take proper measurements which is his Duty and provide proper security and safety.

(b) Supporting facts (Include date/location of incident):

Did itensionally place and leave a dangerous state inmate in the cell with the Plaintiff (Barry L. Motes Jr) after being told by both offenders it wasn't safe. 11-25-18  100'S-F wedse

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

Mobile Co. Metro Jail

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Probation Violation, Possession of Controled Substance and S.O.R.N.A x2

2. When were you convicted? 2016

3. What is the term of your sentence? 10 yrs. Split 1 yr. To serve

4. When did you start serving this sentence? Feb. 2016

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)   No ( )

If so, complete the following:

(a) Date of conviction: Pending

(b) Term of sentence: Pending

6. What is your expected end of sentence (E.O.S.) date? Pending

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Additional Defendant(s)

4. Defendant (full name) <u>C.O. Pittman</u> is employed as <u>a Correctional Officer</u> at <u>Mobile Co. Metro Jail</u>.

His/her present address is <u>450 ST. Emmanuel ST. Mobile, AL. 36601</u>

(a) Claim against this defendant: <u>Failure to take proper measurments which is his duty and provide proper security and safety.</u>

(b) supporting facts (Include date/location of incident): <u>Did intensionally ignore the Plaintiffs request and plee for his life after Plaintiffs begged for seperation and safety from a known violent and dangerous state inmate. Mobile Co. Metro Jail 1005-F wedge 11-25-18</u>

Writ of habeas   yes( ) no(✓)          yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ___N/A___

**V.** State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Compensation damages of $500,000, Fix all issues in claim and a jury trial to determine all facts.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12/10/18
Date

*Barry J. Motes Jr*
(Signature of Plaintiff Under Penalty of Perjury)

P.O. box 104
Current Mailing Address

Mobile, AL. 36601

N/A
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

7

Mr. Barry L. Motes
Mobile Co. Metro Jail  905-D-107
P.O. box 107
Mobile, AL 36601

INMATE IN MOBILE CO. JAIL

The United States District Courts
Southern District of Alabama
Attn: Court Clerk
113 St. Joesph St.
Mobile, AL 36602

LEGAL MAIL