IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARRY L. MOTES, JR.,<br>     Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | CIVIL ACTION 19-0037-JB-N |
| | : | |
| SAM COCHRAN, *et al.*,<br>     Defendants. | : | |
| | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Sheriff Sam Cochran, Warden Trey Oliver, III, Correctional Officer Ferman Jackson, and Correctional Officer Lester Pittman and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE and ORDERED** this 17th day of August, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE